```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**CHRISTOPHER LEE CHAFIN,**

      **Plaintiff,**

**v.**                              **Civil Action No. 2:16-cv-05127**

**WEST VIRGINIA DEPARTMENT OF**
**JUVENILE CORRECTIONS, et al.,**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

      **The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley entered on November 14, 2018; and the magistrate judge having recommended that the court grant the defendants' Motion to Dismiss for Failure to Prosecute and Failure to Comply with a Court Order; and dismiss this civil action in accordance with Rule 41(b) of the Federal Rules of Civil Procedure; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein and that the defendants' motion to dismiss be, and it hereby is, granted.**

It is, therefore, ORDERED that the plaintiff's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: December 21, 2018

John T. Copenhaver, Jr.
Senior United States District Judge